# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Johnston, | Case No. 15-CV-3685 (SRN/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| BNSF Railway Company, | |
| Defendant. | |

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 8, 2018

                                                    s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge