**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jason Johnston, | Case No. 15-CV-3685 (SRN/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| BNSF Railway Company, | |
| Defendant. | |

On March 8, 2018, this Court issued an Order Dismissing the Case, but reserving jurisdiction over the matter for 60 days for the parties to finalize the settlement [Doc. No. 176]. Since that time, counsel has indicated to the Court that the finalization of the settlement will take additional time.

Accordingly, IT IS HEREBY ORDERED that the Court will reserve jurisdiction for an additional sixty (60) days, through July 7, 2018, to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May 4, 2018

                                                      s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge