## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jason Johnston,                                      Case No. 15-CV-3685 (SRN/KMM)

               Plaintiff,

     v.                                             **ORDER**

BNSF Railway Company,

               Defendant.

---

On March 8, 2018, this Court issued an Order Dismissing the Case, but reserving jurisdiction over the matter for 60 days for the parties to finalize the settlement [Doc. No. 176]. On May 4, 2018, based on the request of the parties, this Court issued another order reserving jurisdiction for an additional 60 days. [Doc. No. 179]. Since that time, counsel has indicated to the Court that the finalization of the settlement will take additional time.

Accordingly, IT IS HEREBY ORDERED that the Court will reserve jurisdiction through September 5, 2018, to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July 6, 2018

                             s/Susan Richard Nelson
                             SUSAN RICHARD NELSON
                             United States District Judge